**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**RICHARD LEE WOODBURY and
S.E.W. (minor daughter),**

      **Plaintiffs,**

v.                                        Case No: 8:10-CV-0772-T-30AEP

**CITY OF TAMPA POLICE
DEPARTMENT, et al.,**

      **Defendants.**
_____/

**REPORT AND RECOMMENDATION**

      THIS MATTER is before the Court on the *pro se* Plaintiffs' Amended Complaint (Dkt. No. 6), and Affidavit of Indigency (Dkt. No. 2), which the Court construes as a Motion for Leave to Proceed *in forma pauperis*.

      The Court previously advised Plaintiffs that the Complaint failed to comply with Rule 8 of the Federal Rules of Civil Procedure and could be subject to dismissal for failure to state a claim. (Dkt. No. 4.) The Court therefore directed Plaintiffs to file an Amended Complaint in compliance with the Federal Rules of Civil Procedure by May 10, 2010. (Dkt. No. 4.) Subsequent to the Court's Order, Plaintiffs timely filed an Amended Complaint (Dkt. No. 6).

      The Court finds Plaintiffs' Amended Complaint is similarly deficient and fails to state a claim upon which relief may be granted. Plaintiffs' Amended Complaint fails to add any new facts providing grounds for entitlement to relief and retains all of the same defendants named in the original Complaint despite the fact that the Court advised Plaintiffs that specific factual support was lacking as to several of the Defendants. (Dkt. No. 4 at 3.) Plaintiffs were

warned that the failure to cure the deficiencies in the Complaint could result in a recommendation for dismissal thereof pursuant to 28 U.S.C. § 1915. Because Plaintiffs have failed to correct the deficiencies outlined by the Court, the Amended Complaint still fails to comply with Rule 8 of the Federal Rules of Civil Procedure. Therefore, the undersigned recommends that Plaintiffs' Motion for Leave to Proceed *in forma pauperis* be denied for failure to state a claim on which relief may be granted for the reasons articulated in the Court's Order of April 12, 2010 (Dkt. No. 4).

Accordingly, after due consideration, it is **RECOMMENDED**:

(1)   Plaintiffs' **Motion for Leave to Proceed *in forma pauperis*** (Dkt. No. 2) be **DENIED**; and

(2)   Plaintiffs' Amended Complaint (Dkt. No. 6) be **DISMISSED**.

**IT IS SO REPORTED** at Tampa, Florida, this 6th day of May, 2010.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

## NOTICE TO PARTIES

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright,* 677 F.2d 404 (5th Cir. 1982) *(en banc).*

Copies furnished to:

Hon. James S. Moody, Jr.

Plaintiffs, *pro se*