**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RICHARD LEE WOODBURY, *pro se*,
et al.,

      Plaintiff(s),

v.                               Case No:  8:10-CV-772-T-30AEP

CITY OF TAMPA POLICE
DEPARTMENT, et al.,

      Defendant(s).
_____/

## ORDER

      **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #12) and the Plaintiff's Objections (Dkt. #13) thereto.

      After careful consideration of the Report and Recommendation of the Magistrate Judge and the Objections, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

      **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

      1.    The Report and Recommendation (Dkt. #12) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

2.  The Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #2) is DENIED.

3.  Plaintiff's Second Amended Complaint is DISMISSED without leave to amend.

4.  The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 23, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2010\10-cv-772.adopt 12.wpd